**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Doug Wayne SMITH, Defendant—
Appellant.**

**No. 05–50498.**

United States Court of Appeals,
Ninth Circuit.

Submitted Aug. 21, 2006.*

Filed Aug. 25, 2006.

Orlando Gutierrez, Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Debra Ann Diiorio, Diiorio & Hall, San Diego, CA, for Defendant–Appellant.

Before: GOODWIN, REINHARDT, and BEA, Circuit Judges.

MEMORANDUM **

Doug Wayne Smith appeals from his bench-trial conviction for escape from confinement, in violation of 18 U.S.C. § 751(a). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Smith contends the district court erred by prohibiting him from collaterally attacking the validity of his prior conviction

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

as a defense to the escape charge. We disagree.

A defendant may not use a challenge to the validity of a prior conviction as a defense to escape from confinement. *See Lucas v. United States,* 325 F.2d 867, 867 n. 2 (9th Cir.1963); *Bayless v. United States,* 141 F.2d 578, 579–80 (9th Cir.1944).

**AFFIRMED.**